IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES C. GREGORY**                                                                    **PLAINTIFF**

**v.**                                          **3:12-CV-00013-BRW**

**CODY GENTRY, Individually and as a**                                         **DEFENDANTS**
**Police Officer for the City of Blythevelle,**
**Arkansas,** *et al.*

## ORDER

Having no leanings for or against Plaintiff, and believing that there is no reasonable possibility that a reasonably informed lay person viewing the allegations would believe that there is any appearance of impropriety, I conclude that Plaintiff's Motion to Recuse Judge (Doc. No. 9) should be, and hereby is, DENIED.

IT IS SO ORDERED this 23rd day of January, 2012.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE