IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES C. GREGORY**                                                                                    **PLAINTIFF**

**v.**                                            **3:12-CV-00013-BRW**

**CODY GENTRY, Individually and as a**                                            **DEFENDANTS**
**Police Officer for the City of Blythevelle,**
**Arkansas,** *et al***.**

### ORDER

Pending is Plaintiff's *pro se* Motion for Summary Judgment (Doc. No. 25). A motion for summary judgment in this case is premature, as it appears no Defendant has yet been served.

Accordingly, Plaintiff's Motion is DENIED without prejudice.

IT IS SO ORDERED this 7th day of March, 2012.


                                                   /s/Billy Roy Wilson
                                    UNITED STATES DISTRICT JUDGE