IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES C. GREGORY**                                                                                     **PLAINTIFF**

**v.**                                        **3:12-CV-00013 BRW**

**CODY GENTRY, Individually**                                                                 **DEFENDANTS**
**and as a Police Officer for the City**
**of Blytheville, Arkansas,** *et al***.**

## ORDER

Pending is *pro se* Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 32). Because Plaintiff's economic situation qualifies him for *In Forma Pauperis* status, Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. No. 32) is GRANTED.

Also pending is Plaintiff's Motion to Subpoena and/or Summons, Service (Doc. Nos. 29, 32). The Motions are GRANTED in part and DENIED in part. Since Plaintiff has been granted leave of court to proceed *in forma pauperis*, based on Rule 4(c)(3) of the Federal Rules of Civil Procedure, the U.S. Marshal for the Eastern District of Arkansas is directed to serve the summons and complaint on Defendants in this action without costs. Plaintiff asks that numerous non-defendants be served. Because Plaintiff's complaint[1] makes no mention of these individuals, Plaintiff's Motions are DENIED as to all non-defendants.

The Marshal will serve the summons pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 28th day of March, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 1.