IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES C GREGORY**                                                          **PLAINTIFF**

v.                                  **3:12-cv-00013-BRW**

**CODY GENTRY,** *et al.*                                           **DEFENDANTS**

## ORDER

Pending is Plaintiff's pro se Motion to Order Counsel to Ask for Discovery (Doc. No. 55). A May 14, 2012 Order[1] denied without prejudice a motion for summary by Plaintiff filed on April 30, 2012, because Defendants in this case were served only on April 5, 2012[2] and had not had time to conduct discovery. A May 23 Order denied without prejudice another motion for summary judgment filed by Plaintiff for the same reasons.[3]

Plaintiff's Motion for Order sets out that Plaintiff spoke with Ms. Sara Teague, Defendants' attorney, more than two weeks ago. Ms. Teague apparently told Plaintiff she would give him discovery requests in writing. Plaintiff has not yet received the written discovery requests, and asks the Court to order Defendants to give him the "discovery list so the court may see the frivolous delay by the Appellee's . . . ."[4]

Plaintiff's Motion is DENIED.

IT IS SO ORDERED this 5th day of June, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 47.

[2] Doc. Nos. 36-38.

[3] Doc. No. 53.

[4] Doc. No. 55.