IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES C GREGORY**                                                                          **PLAINTIFF**

v.                                                      **3:12-cv-00013-BRW**

**CODY GENTRY,** *et al.*                                                                     **DEFENDANTS**

## ORDER

Pending is Plaintiff's pro se Motion to Recuse Judge (Doc. No. 69).  Plaintiff writes:

> Since this case has been in Arkansas Mr. Gregory has had to fight to get this judge to serve summons, refuses to order Appellee's to put discovery in writing, stated a summary judgment is premature, stated the Appellees have not had time for discovery and refuses to move this case forward . . . .
>
> \*\*\*
>
> A summary judgment is not a negotiation it is a statement of fact.  The Appellant is not looking for a judge to interject his opinion but rule on the evidence.  The judge must rule on this motion either for or against the moving party.  If Judge Billy Roy Wilson is unable to understand that then this judge is incompetent.  Mr. Gregory has entered the Summary Judgment 3 times and will enter again within the next 14 days.
>
> \*\*\*
>
> If this Judge Billy Roy Wilson is not removed, consider this notice of Lawsuit against the United States, Arkansas Federal Court and Billy Roy Wilson for refusing to carry out his duties and the court for condoning malicious hate tactics against James C Gregory as well as delay tactics.

Having no leanings for or against Plaintiff, and believing that there is no reasonable possibility that a reasonably informed lay person viewing the allegations would believe that there is any appearance of impropriety, I conclude that Plaintiff's Motion to Recuse Judge (Doc. No. 69) should be, and hereby is, DENIED.

IT IS SO ORDERED this 6th day of July, 2012.

                              /s/Billy Roy Wilson
                              UNITED STATES DISTRICT JUDGE