IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES C. GREGORY**                                                                 **PLAINTIFF**

v.                          **3:12-CV-00013-BRW**

**CODY GENTRY, Individually and as a**                                     **DEFENDANTS**
**Police Officer for the City of Blytheville,**
**Arkansas,** *et al.*

## ORDER

Pending are pro se Plaintiff's Motion to Amend Original Lawsuit (Doc. No. 85) and Motion for Criminal Charges to be Assessed Thru Federal Grand Jury (Doc. No. 86).

In his Motion to Amend Original Lawsuit, Plaintiff writes:

> if appellees are unwilling to pay, James Christopher Gregory is asking the court to freeze all accounts in the name of the City of Blytheville and do what is necessary to settle debt. The actions of the Federal Government are vast and swift in these matters and the appellant gives this court the power to act on his behalf and enforce any judgment within the Jurisdiction of this Court to settle all matters listed herein.

Plaintiff's Motion to Amend Original Lawsuit (Doc. No. 85) is DENIED. Further, I note that there are currently competing motions for summary judgment pending in this case; there is no judgment to be enforced.

Plaintiff's Motion for Criminal Charges to be Assessed Thru Federal Grand Jury asserts that Defendants Cody Gentry and Ross Thompson conspired against the rights of a citizen, a violation of 18 U.S.C. § 241. Plaintiff asks that this Court order a grand jury be summoned under Federal Rule of Criminal Procedure 6(a) to investigate the alleged criminal actions. While the authority to convene a grand jury is vested in the District Court, I decline to exercise that authority under these circumstances.

Accordingly, Plaintiff's Motion for Criminal Charges to be Assessed (Doc. No. 86) is DENIED.

IT IS SO ORDERED this 15th day of August, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE