# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JAMES C. GREGORY**                                                            **PLAINTIFF**

**v.**                                    **3:12-CV-00013-BRW**

**CODY GENTRY, Individually and as a**                       **DEFENDANTS**
**Police Officer for the City of Blytheville,**
**Arkansas,** *et al*.

## ORDER

Pending is pro se Plaintiff's Motion for Criminal Charges to be Assessed Thru Federal Grand Jury (Doc. No. 90). Plaintiff filed an identical Motion on August 15, 2012,[1] which was denied.[2]

Plaintiff asserts that Defendants Cody Gentry and Ross Thompson conspired against the rights of a citizen, a violation of 18 U.S.C. § 241. Plaintiff asks that this Court order a grand jury be summoned under Federal Rule of Criminal Procedure 6(a) to investigate the alleged criminal actions. While the authority to convene a grand jury is vested in the District Court, I again decline to exercise that authority under these circumstances. Accordingly, Plaintiff's Motion for Criminal Charges to be Assessed (Doc. No. 90) is DENIED.

IT IS SO ORDERED this 21st day of August, 2012.

                                                             /s/ Billy Roy Wilson
                                                             UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 86.

[2] Doc. No. 87.