IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES C GREGORY**                                                                                       **PLAINTIFF**

**v.**                                              **3:12-cv-00013-BRW**

**CODY GENTRY,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Based on an Order entered this date granting Defendants' Motion for Summary Judgment, this case is DISMISSED.

IT IS SO ORDERED this 10th day of September, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE